the Buffalo Steam Roller Company. No opinion. Order (87 Misc. Rep. 20, 149 N. Y. Supp. 1050) affirmed, with $10 costs and disbursements. See, also, 162 App. Div. 926, 147 N. Y. Supp. 1100.

In re BOYLE. (Supreme Court, Appellate Division, Second Department. April 16, 1915.) In the matter of the application of Phœbe A. D. Boyle, etc.

PER CURIAM. Order (151 N. Y. Supp. 1022) resettled, so as to allow a bill of costs to each of the special guardians on the appeal, payable out of the estate, and one bill of costs to be divided between the other respondents, each to tax his disbursements, payable by the appellant.

BOYLE v. GEO. A. FULLER CO. (Supreme Court, Appellate Division, First Department. April 1, 1915.) Action by Martin Boyle against the Geo. A. Fuller Company. No opinion. Motion denied, with $10 costs. Order filed. See, also, 151 N. Y. Supp. 1105.

BRANDT, Appellant, v. BRANDT, Respondent, et al. (Supreme Court, Appellate Division, Second Department. March 5, 1915.) Action by Annette Brandt, an infant, etc., against Edward A. A. Brandt, as executor, etc., and others. No opinion. Motion to resettle order (151 N. Y. Supp. 1106) denied, with $10 costs. Subdivision 4 of section 191 of the Code of Civil Procedure has no application.

BRANDT, Appellant, v. BRANDT, Respondent, et al. (Supreme Court, Appellate Division, Second Department. March 5, 1915.) Action by Clara Augusta Brandt against Edward A. A. Brandt as executor, etc., and others. No opinion. Motion to resettle order (151 N. Y. Supp. 1106) denied, with $10 costs. Subdivision 4 of section 191 of the Code of Civil Procedure has no application.

BRANDT, Appellant, v. BRANDT, Respondent, et al. (Supreme Court, Appellate Division, Second Department. March 5, 1915.) Action by Harry E. Brandt against Edward A. A. Brandt, as executor, etc., and others. No opinion. Motion to resettle order (151 N. Y. Supp. 1106) denied, with $10 costs. Subdivision 4 of section 191 of the Code of Civil Procedure has no application.

BREEN v. ESSEX COUNTY. (Supreme Court, Appellate Division, First Department. April 30, 1915.) Action by Alice Breen against the County of Essex. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

BRESSLIN, Respondent, v. STAR CO., Appellant. (Supreme Court, Appellate Division, Second Department. March 19, 1915.) Action by Leon Bresslin against the Star Company. No opinion. Motion denied, without costs. See, also, 151 N. Y. Supp. 660.

In re BREWSTER. (Supreme Court, Appellate Division, Second Department. April 16, 1915.) In the matter of George R. Brewster, an attorney. No opinion. Motion granted.

BRIDGES v. BROOKLYN UNION GAS CO. (Supreme Court, Appellate Division, First Department. April 1, 1915.) Action by Henry W. Bridges against the Brooklyn Union Gas Company. H. J. Leffert, of New York City, for plaintiff. A. E. Goddard of Brooklyn, for defendant. No opinion. Order affirmed. Order filed.

BRINKMAN, Appellant, v. PENNSYLVANIA R. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. March 17, 1915.) Action by Michael Kearon Brinkman against the Pennsylvania Railroad Company.

PER CURIAM. Judgment and order reversed, and new trial granted, with costs to appellant to abide event. Held, that the evidence presents a question of fact as to whether the defendant was negligent in failing to adopt a reasonable and proper system of inspection of the chains furnished plaintiff in the performance of his work.

FOOTE, J., dissents.

BROKAW, Respondent, v. BROWN, Appellant. (Supreme Court, Appellate Division, First Department. April 30, 1915.) Action by James I. Brokaw against William G. Brown. H. M. Hitchings, of New York City, for appellant. V. P. Donihee, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

BROKAW v. SHERRY. (Supreme Court, Appellate Division, First Department. April 1, 1915.) Action by Elvira G. Brokaw against Louis Sherry. No opinion. Motion denied, with $10 costs. Order filed. See, also, 152 N. Y. Supp. 1100.

BROKAW v. SHERRY. (Supreme Court, Appellate Division, First Department. April 1, 1915.) Action by Elvira G. Brokaw against Louis Sherry. No opinion. Motion for an order to relieve appellant from printing exhibits and extending time to serve printed papers denied. Settle order on notice. See, also, 152 N. Y. Supp. 1100.

BROOKS, Appellant, v. ROSEFF, Respondent. (Supreme Court, Appellate Division, First Department. January 22, 1915.) Action by Harry Brooks against Samuel Roseff. A. J. Geist, of New York City, for appellant. J. L. Coe, of New York City, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

In re BROWN. (Supreme Court, Appellate Division, First Department. March 12, 1915.)

In the matter of Max Brown. No opinion. Reference ordered to Hon. Roger A. Pryor, official referee. Settle order on notice.

BROWN, Respondent, v. ASSOCIATED OPERATING CO., Appellant. (Supreme Court, Appellate Division, Second Department. March 26, 1915.) Action by Charles B. Brown against the Associated Operating Company.

PER CURIAM. Motion to resettle order (in 165 App. Div. 702, 151 N. Y. Supp. 531) granted. The order as resettled should contain a recital as follows: "It is hereby ordered and adjudged that the judgment and order so appealed from be and the same are hereby reversed on questions of law and fact. The court having examined the evidence, and holding that the finding of the jury that plaintiff was free from negligence contributing to his injury was contrary to the fact and contrary to the evidence, said finding is hereby reversed, with costs and disbursements; and it is further ordered that the complaint herein be and the same hereby is dismissed on the merits, with costs."

BUCHMAN v. BERMAN. (Supreme Court, Appellate Division, Second Department. March 5, 1915.) Action by Jacob Buchman against Abraham Berman, in which Benjamin Erde appeals. No opinion. Motion granted, on condition that the cause be placed on the April calendar, and be ready for argument when reached; otherwise, motion denied, with $10 costs. See, also, 152 N. Y. Supp. 1101.

BUCHMAN v. BERMAN (three cases). (Supreme Court, Appellate Division, Second Department. April 23, 1915.) Action by Jacob Buchman against Abraham Berman, in which Benjamin Erde appeals. No opinion. Order modified, by striking out so much of the costs of the first action, viz., $15, as went into the counterclaim of the second action, and, as so modified, affirmed, without costs. See, also, 152 N. Y. Supp. 1101.

BUCKLEY, Respondent, v. J. & G. LIPPMANN, Appellants. (Supreme Court, Appellate Division, Fourth Department. March 17, 1915.) In the matter of the arbitration of certain matters of difference between Martin D. Buckley and J. & G. Lippmann.

PER CURIAM. Order reversed, with $10 costs and disbursements, and judgment vacated. Held, that there was no valid submission of the controversy to arbitrators under the provisions of the statute.

BUFFALO BUILDERS' SUPPLY CO., Inc., Appellant, v. REEB, Respondent. (Supreme Court, Appellate Division, Fourth Department. March 17, 1915.) Action by the Buffalo Builders' Supply Company, Incorporated, against Menno A. Reeb. No opinion. Motion for reargument (in 151 N. Y. Supp. 1107) denied, with $10 costs. Motion for leave to appeal to Court of Appeals denied.

BUFFALO SAVINGS BANK v. POLISH ROMAN CATHOLIC CHURCH OF THE HOLY MOTHER OF THE ROSARY, OF BUFFALO, et al. (DIOCESE OF BUFFALO, Intervener). (Supreme Court, Appellate Division, Fourth Department. March 10, 1915.) Action by the Buffalo Savings Bank against the Polish Roman Catholic Church of the Holy Mother of the Rosary, of Buffalo, and others, in which the Diocese of Buffalo, intervened and appeals. No opinion. Motion of Donnelly & O'Neil to amend order denied, with $10 costs. Held, the rights and interest of the attorneys, Donnelly & O'Neil are sufficiently cared for by the ninth paragraph of the order appealed from. See, also, 151 N. Y. Supp. 1107; 152 N. Y. Supp. 1101.

BUFFALO SAVINGS BANK v. POLISH ROMAN CATHOLIC CHURCH OF THE HOLY MOTHER OF THE ROSARY, OF BUFFALO, et al., (DIOCESE OF BUFFALO, Intervener). (Supreme Court, Appellate Division, Fourth Department. March 26, 1915.) Action by the Buffalo Savings Bank against the Polish Roman Catholic Church of the Holy Mother of the Rosary, of Buffalo, and others, in which the Diocese of Buffalo intervened. Motions for reargument denied. Motions of the Diocese of Buffalo and the Pendock Company for leave to appeal to Court of Appeals granted, and questions for review certified. No opinion. Motion of Donnelly & O'Neil for leave to appeal to Court of Appeals denied, with $10 costs. See, also, 152 N. Y. Supp. 1101.

In re BURNS. (Supreme Court, Appellate Division, Third Department. March 18, 1915.) In the matter of the claim of William James Burns for workmen's compensation, in which the Southern Pacific Company, employer and self-insurer, appeals.

PER CURIAM. Decision and award affirmed.

KELLOGG, J., not sitting.

BUSHBY, Respondent, v. BERKELEY et al., Appellants. (Supreme Court, Appellate Division, First Department. March 12, 1915.) Action by James C. Bushby against Lancelot M. Berkeley and another. L. M. Berkeley, of New York City, for appellants. M. D. Steuer, of New York City, for respondent. No opinion. Judgment affirmed, with costs. Order filed. See, also, 150 N. Y. Supp. 1079; 152 N. Y. Supp. 1101.

BUSHBY v. BERKELEY et al. (Supreme Court, Appellate Division, First Department. April 23, 1915.) Action by James C. Bushby against Lancelot M. Berkeley and others. No opinion. Motion denied. Order filed. See, also, 153 App. Div. 742, 138 N. Y. Supp. 831; 152 N. Y. Supp. 1101.

BUSHWAY, Respondent, v. McGETRICK, Appellant. (Supreme Court, Appellate Division, Fourth Department. March 10, 1915.)